IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEACH CHHOEUN,

    Petitioner,                    No. CIV S-04-01629 GEB CMK

    vs.

JOHN ASHCROFT, et al.,

    Respondents.                <u>ORDER</u>

_____/

        On January 27, 2005, petitioner filed an ex parte motion for substitution of attorney. The court granted the requested substitution and the federal defender's office was replaced by CJA panel attorney Carolyn D. Phillips, as petitioner's counsel.

        Recently, petitioner's new counsel notified the court that she was not served with a copy of respondents' motion to dismiss, filed on January 24, 2005. As a result, petitioner's counsel was not aware that said motion had been filed.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner is granted sixty days from the date of this order in which to file his opposition to respondents' motion to dismiss.

DATED: April 22, 2005

                                              /s/   **CRAIG M. KELLISON**
                                              Craig M. Kellison
                                              UNITED STATES MAGISTRATE JUDGE