IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEACH CHHOEUN,

    Petitioner,                   No. CIV S-04-1629 GEB CMK

    vs.

JOHN ASHCROFT, et al.,

    Respondents.              <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

On January 24, 2005, respondents filed a motion to dismiss for lack of jurisdiction. On January 27, 2005, petitioner filed an motion for substitution of attorney. The court granted the requested substitution and the federal defender's office was replaced by CJA panel attorney Carolyn D. Phillips, as petitioner's counsel.

On April 27, 2005, petitioner was granted an additional sixty days in which to file an opposition to respondents' motion to dismiss because his new attorney was unaware of respondents' motion to dismiss. Recently, on June 6, 2005, petitioner's counsel filed a statement of non-opposition to respondents' motion to dismiss.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Respondents' motion to dismiss, filed January 24, 2005, be granted; and

2. This action be dismissed without prejudice.

DATED: July 7, 2005.

                                                            CRAIG M. KELLISON
                                                            UNITED STATES MAGISTRATE JUDGE