**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEACH CHHOEUN, | 2:04-cv-1629-GEB-CMK |
|     Petitioner, | |
|  vs. | <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u> |
| JOHN ASHCROFT, et al., | |
|     Respondents. | |
| _____ / | |

      Petitioner, who is proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On July 8, 2005, the magistrate judge filed findings and recommendations herein. The findings and recommendations were issued following petitioner's statement of non-opposition to respondents' motion to dismiss the instant petition as premature. No party has filed objections to the findings and recommendations.

1

1   The court has reviewed the file and finds the findings
2 and recommendations to be supported by the record and by the
3 magistrate judge's analysis.
4   Accordingly, IT IS HEREBY ORDERED that:
5   1.  The findings and recommendations filed July 8,
6       2005, are adopted in full;
7   2.  Petitioner's petition is dismissed without
8       prejudice; and
9   3.  The Clerk of the Court is directed to enter
10      judgment and close this file.
11 Dated:   September 27, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

2